IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–03022–KMT

VINCENT GABRIEL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion Seeking Leave of Court to Amended [sic] Complaint" (Doc. No. 23, filed May 26, 2015) is DENIED without prejudice. When seeking leave of court to amend a complaint, the motion to amend must detail the proposed amendments and the reasons why such amendments are necessary. In addition, the plaintiff must attach as an exhibit to the motion to amend "a copy of the proposed amended pleading which strikes through (e.g. ~~strikes through~~) the text to be deleted and underlines (e.g. <u>underlines</u>) the text to be added." D.C.COLO.LCivR 15.1(b). Here, Plaintiff does not detail how he wishes to amend his complaint, nor has he attached a proposed amended complaint to his motion. As a result, it is impossible for the court to determine whether the proposed amendment is permissible.

Dated: May 27, 2015