IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–03022–KMT

VINCENT GABRIEL,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

      Plaintiff's "Motion to Seek Return of Providers' Medical Condition Letters After Case Adjudication and until then Plaintiff Requests that the Documents be Placed under Restriction Pursuant to (D.C.COLO.LCivR 7.2 and D.C.COLO.LCivR 7.1(a))" (Doc. No. 35, filed July 2, 2015) is **DENIED** without prejudice for failure to comply with Local Rule 7.1(a)'s duty to confer and for failure to fully address the factors outlined in Local Rule 7.2(c). D.C.COLO.LCivR 7.1(a) ("Before filing a motion, . . . an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel . . . to resolve any disputed matter.  The moving party shall describe in the motion . . . the specific efforts to fulfill this duty."); D.C.COLO.LCivR 7.2(c) (a motion to restrict must (1) identify the document(s) to be restricted (2) address the interest to be protected and why that interest outweighs the presumption of public access, (3) identify a clearly defined and serious injury that would result if access is not restricted, and (4) explain why no alternative to restriction is practicable).

      Plaintiff may file a renewed motion to restrict that fully complies with Local Rules 7.1(a) and 7.2 no later than July 13, 2015.  If a renewed motion to restrict is not filed on or before July 13, 2015, the letters from Plaintiff's medical providers will be unrestricted on July 14, 2015.

Dated: July 6, 2015