IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03022-KMT

VINCENT GABRIEL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case and pursuant to Fed. R. Civ. P 58(a), the following FINAL JUDGMENT is hereby entered.

Pursuant to the Order on the United States's Motion to Dismiss for Lack of Subject-Matter Jurisdiction entered by the Honorable Kathleen M. Tafoya on September 16, 2015 , it is

ORDERED that Defendant United States of America is awarded its costs to be taxed by the Clerk of Court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that all other pending motions are DENIED as moot, and this case is CLOSED.

DATED at Denver, Colorado this 16th day of September, 2015.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        s/M. Ortiz
        M. Ortiz,
        Deputy Clerk